UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-2408

———————————

MARY ALOUPIS; CHRIS ALOUPIS,

Plaintiffs - Appellants,

versus

JOHN JOSEPH ROOP; CARGILL, INCORPORATED,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-98-
2597-MJG)

———————————

Submitted:  November 5, 1998        Decided:  November 18, 1998

———————————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mary Aloupis, Chris Aloupis, Appellants Pro Se.  Scott Douglas
Goetsch, SEMMES, BOWEN & SEMMES, Baltimore, Maryland, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Mary and Chris Aloupis appeal the district court's order dismissing for lack of jurisdiction their civil action in which they sought damages for injuries sustained in an automobile accident. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Aloupis v. Roop</u>, No. CA-98-2597-MJG (D. Md. Sept. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>